UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN MACIAS,<br><br>        Petitioner,<br><br>   vs.<br><br>FERNANDO GONZALEZ, Warden<br><br>        Respondent. | Case No. CV 09-9357-GW(MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATE: February 1, 2012

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE