UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN MACIAS, | ) Case No. CV 09-9357-GW(MRW) |
|     Petitioner, | ) |
|   vs. | ) JUDGMENT |
| FERNANDO GONZALEZ, Warden, | ) |
|     Respondent. | ) |

  Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

  IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATE: February 1, 2012    _____

                HON. GEORGE H. WU
                UNITED STATES DISTRICT JUDGE